UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RONALD JORDAN,

    Plaintiff,

v.

PATRICIA CARUSO, et al.,

    Defendants.
    _____/

File No. 2:08-cv-261

HON. ROBERT HOLMES BELL

## ORDER DECLINING TO ADOPT REPORT AND RECOMMENDATION

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Defendants' objections to the January 24, 2012, R&R (Dkt. No. 245) are **SUSTAINED**.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (Dkt. No. 186) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants' notice of appeal regarding discovery (Dkt. No. 246), Defendant's motion for leave to file a reply brief (Dkt. No. 250), and Plaintiff's motion for trial preparation assistance (Dkt. No. 253) are **DENIED** as **MOOT**.

Date: March 30, 2012

/s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE